No. 49160.—Protests 556483–G, etc., of Genuine Panama Hat Works, Inc. (New York).

Opinion by TILSON, J.   The testimony showed that certain of the items consist of hats similar to those involved in *Caradine* v. *United States* (9·Cust. Ct. 69, C. D. 664), the record in which was incorporated herein.   In accordance therewith those hats imported and withdrawn for consumption prior to the date of the Netherlands Trade Agreement were held dutiable at 25 percent under paragraph 1504 (b) (5) and those subsequent to said date at 12½ percent under paragraph 1504 (b) (5) and the said trade agreement.   Protests sustained to this extent.

No. 49161.—Protests 877573–G, etc., of Lou I. Lubin, Inc. (New York).

Opinion by TILSON, J.   The testimony showed that certain items consist of hats similar to those involved in Abstract 47291.   It was agreed between counsel that certain other items are similar in all material respects to those involved in said abstract, and others similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) and Abstract 46497, the records in which cases have been admitted in evidence herein.   In accordance therewith the items as set out in the schedule attached to decision were held dutiable at 25 percent under paragraph 1504 (b) (1) as claimed.

No. 49162.—Protests 920588–G, etc., of A. D. Cohen Co., Inc., et al. (New York).

Opinion by TILSON, J.   The testimony showed that certain items consist of hats similar to those involved in Abstract 47291.   Counsel agreed that certain other items are also similar to those involved in said decision, and others consist of sisal hemp hats similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) and of hemp knotted straw hats similar to those involved in Abstract 46497.   The records in said cited cases were received in evidence herein.   In accordance therewith the items involved, as set out in schedule attached to this decision, were held dutiable at only 25 percent ad valorem under paragraph 1504 (b) (1) as claimed.

No. 49163.—Protest 92311–K of John Zimmermann Co. (New York).

Opinion by TILSON, J.   The testimony showed that certain items consist of hats similar to those involved in Abstract 46497, which record was admitted in evidence herein.   In accordance therewith the items in question were held dutiable at 25 percent under paragraph 1504 (b) (1) as claimed.